In the Matter of DIANA SACHS AYLWARD et al., Respondents, v ASSESSOR, CITY OF BUFFALO, et al., Appellants.

Decided June 4, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge FAHEY taking no part.